467 A.2d 47

Commonwealth v. Pierce, Appellant.
Petition for Allowance of Appeal
Denied Jan. 20, 1984.

Submitted July 28, 1983. James E. Mugford, Sr., for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.